**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **FRED SIMS, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. 1:25-CV-01269-JDB-jay** |
| ) | |
| **v.** ) | |
| ) | |
| **MADISON COUNTY, TENNESSEE, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, Commander Randy Coyne, Special Agent Colton Cobb, and Special Agent Josh Keller, respectfully move under Federal Rule of Civil Procedure 6(b) for an extension of time up to and including January 26, 2026, to file a response to the Complaint in this matter. By operation of Federal Rule of Civil Procedure 12(a)(1), the current deadline to respond is January 2, 2026, 21 days after service on these Defendants was purportedly effected on December 11, 2025, plus one day to account for the New Year's holiday on January 1, 2026. Undersigned counsel has conferred with counsel for Plaintiffs, who indicated that this motion will be unopposed.

As grounds, undersigned counsel requires additional time to obtain information from the appropriate sources and prepare Defendants' response while managing several other time-sensitive matters. This is the first request for an extension by these Defendants, and it is not submitted for the purpose of delay.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *John W. Ayers*
John W. Ayers (BPR# 037494)
Brian Enright (BPR# 041742)
Assistant Attorneys General
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
Fax: (615) 532-4892
will.ayers@ag.tn.gov
brian.enright@ag.tn.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served via the Court's Electronic Filing System on December 31, 2025, upon:

Bryce W. Ashby
Donati Law, PLLC
1545 Union Avenue
Memphis, TN 38104
bryce@dontilaw.com
*Counsel for Plaintiffs*

Brandon L. Flechas
Stroud, Flechas, & Dalton
5779 Getwell Road, Building C1
Southaven, MS 38672
brandon@stroudlawyers.com
*Counsel for Plaintiffs*

Nathan D. Tilly
Dylan E. Sutherland
Pentecost, Glenn & Tilly, PLLC
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
ntilly@pgtfirm.com
*Counsel for Defendant Madison County, Tennessee*

Dale Conder, Jr.
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main St.
Jackson, TN 38302-1147
dconder@raineykizer.com
*Counsel for Defendants City of Jackson, Boxley, Champine, Flowers, and Freed*

Michael R. Hill
Mary Beth Rast
Flippin, Collins, & Hill, PLLC
P.O. Box 679

1066 South Main St.
Milan, TN 38358
Mh_fch@bellsouth.net
Br_fch@bellsouth.net
*Counsel for Defendant Long*

/s/ *John W. Ayers*
JOHN W. AYERS
Assistant Attorney General