**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| FRED SIMS and JESIAH SIMS, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MADISON COUNTY, TENNESSEE, a | ) |
| Tennessee municipality, CITY OF | )  **Case No. 1:25-CV-01269** |
| JACKSON, TENNESSEE, a Tennessee | ) |
| municipality, RANDY S. COYNE, in his | ) |
| official capacity as the Drug Task Force | ) |
| Commander for the 26th Judicial District | ) |
| Drug Task Force, SPECIAL AGENT COBB, | ) |
| SPECIAL AGENT KELLER, SEARGEANT | ) |
| BOXELY, SEARGEANT CHAMPINE, | ) |
| OFFICER LONG, OFFICER FLOWERS, and | ) |
| OFFICER PARKS, | ) |
| | ) |
| DEFENDANTS. | ) |

**MOTION TO DISMISS
DEFENDANT RANDY COYNE**

Come Now Plaintiffs Fred and Jesiah Sims and Defendant Randy Coyne, in his official capacity as the Drug Task Force Commander for the 26th Judicial District Drug Task Force, file this Motion to Dismiss Defendant Randy Coyne pursuant to Rule 21 of the Federal Rules of Civil Procedure with prejudice. Plaintiffs no longer wish to pursue claims against Defendant Coyne and ask the Court to dismiss Defendant Coyne *only* from this case with prejudice. This motion does not affect any other party to this lawsuit. Plaintiffs and Defendant Coyne agree that each party shall bear their own costs in this litigation.

1

Respectfully submitted,

/s/ *Bryce W. Ashby*
Bryce W. Ashby (TN# 26179)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN  38104
(901) 278-1004 (Office)
(901) 278-3111 ( Fax)
bryce@donatilaw.com

Brandon L. Flechas (TN# 38907)
STROUD, FLECHAS, & DALTON
5779 Getwell Road, Building C1
Southaven, MS 38672
(662) 371-6580
brandon@stroudlawyers.com

*Attorneys for Plaintiffs*


s/ John W. Ayers
John W. Ayers (BPR# 037494)
Brian Enright (BPR# 041742)
Peako Jenkins (BPR# 041742)
Hollie Parrish (BPR# 032190)
Assistant Attorneys General
Law Enforcement and Special Prosecutions
Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-3491
Fax: (615) 532-4892
will.ayers@ag.tn.gov
brian.enright@ag.tn.gov
 peako.jenkins@ag.tn.gov
hollie.parish@ag.tn.gov

*Attorneys for Defendant Randy Coyne*

2

## CERTIFICATE OF CONSULTATION

I hereby certify that I have consulted with counsel for all parties involved in this lawsuit and that no party objects to the relief sought in this motion.

/s/ *Bryce W. Ashby*
Bryce W. Ashby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing electronically filed document was served upon all counsel of record via the Court's CM/ECF system on the 5th day of March, 2026.

/s/ *Bryce W. Ashby*
Bryce W. Ashby